UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 03-10268-PBS |
| v. ) | |
| ) | VIOLATION: |
| KEION ROWELL ) | Ct. 1: 21 U.S.C. § 841(a)(1) |
| Defendant. ) | Possession with Intent to |
| ) | Distribute Cocaine Base |
| ) | Criminal Forfeiture |
| ) | 21 U.S.C. § 853 |

SEALED

## INDICTMENT

**COUNT ONE**: 21 U.S.C. § 841(a)(1)–Possession With Intent To Distribute Cocaine Base

The Grand Jury charges that:

On or about June 26, 2003, at Roxbury, in the District of Massachusetts,

**KEION ROWELL**,

the defendant herein, did knowingly and intentionally possess with intent to distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

The Grand Jury further alleges that the offense involved 5 grams or more of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack" cocaine. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii), is applicable to this offense.

All in violation of Title 21, United States Code, Section 841(a)(1).

ORIGINAL

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offense alleged in Count One of this Indictment,

### KEION ROWELL

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

*Edward Murphy* 8/6/03
FOREPERSON OF THE GRAND JURY

*Sandra S. Bower*
SANDRA S. BOWER
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS        August __6__, 2003, 12:35 p.m.

Returned into the District Court by the Grand Jurors and filed.

*Ellen M. Hays*
DEPUTY CLERK